AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Derrick Waiters, #18510-056

vs.

NFN Phillip;
NFN Garcia;
NFN Ashline; and
NFN Vindell, Doctor at FCI-Estill

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:06-cv-2648-GRA-WMC

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]  **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed without prejudice.

LARRY W. PROPES, Clerk

BY: *Dianne Napier*
Deputy Clerk

December 8, 2006